# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RUSTY LEEWRIGHT**                                                                                          **PLAINTIFF**

v.                                    **4:07CV00693-WRW**

**WESTERN CONFERENCE OF THE TEAMSTERS**                              **DEFENDANT**
**PENSION TRUST FUND**

## ORDER

Plaintiff is currently appealing this Court's Order denying Plaintiff's Motion to Appoint Counsel (Doc. No. 26) to the Eighth Circuit Court of Appeals. Under the current scheduling order, dispositive motions are due by February 25, 2008 (Doc. No. 30). The dates in the current scheduling order are stayed until Plaintiff's appeal to the Eighth Circuit Court of Appeals is resolved. A new scheduling order will be issued at a later date.

IT IS SO ORDERED this 15th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE