IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUSTY LEEWRIGHT**                                                                                        **PLAINTIFF**

**v.**                                              **4:07CV00693-WRW**

**WESTERN CONFERENCE OF THE**
**TEAMSTERS PENSION TRUST FUND**                                                **DEFENDANT**

## ORDER

Pursuant to a Stipulation of Dismissal with Prejudice between the parties, this action is DISMISSED with prejudice. Each party will bear his or its own attorney's fees and costs.

IT IS SO ORDERED this 27th day of August, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE