IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUSTY LEEWRIGHT**                                                                 **PLAINTIFF**

**v.**                         **4:07-CV-00693 BRW**

**WESTERN CONFERENCE OF THE**                        **DEFENDANT**
**TEAMSTERS PENSION TRUST FUND**

## ORDER

Pending is Plaintiff's Motion to Seal Certain Information (Doc. No. 75). On August 26, 2008, the parties filed a stipulation of dismissal with prejudice; the case was dismissed the next day.[1] It has come to Plaintiff's attention that the record in this case -- which is publically available through the Internet -- contains information about Plaintiff's disability and the amount of his disability payments. Plaintiff lists several paragraphs or pages in several documents and asks that the corresponding information be redacted.[2] Plaintiff's Motion reflected that Defendant did not consent to the relief Plaintiff requested, but Defendant did not file an objection and the time for doing so has passed.[3]

Plaintiff's Motion is GRANTED. Plaintiff is directed to file redacted versions of the documents listed in his motion; the clerk of the court is directed to replace the documents on file with the redacted version and file under seal the original documents.

IT IS SO ORDERED this 24th day of April, 2012.

                                                    /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 73, 74.

[2] Doc. No. 75.

[3] Any response was due by April 23, 2012.